# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:11CR00114-002 SWW

PAMELA DEVINE

## ORDER

Pending before the Court is defendant's motion to expunge or dismiss the criminal record (doc #70). After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before September 6, 2016.

IT IS SO ORDERED this 16th day of August 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE